UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

14 CV 2502

-----------------------------------------------------------------X

KATHERINE HEIGL,

        Civ. _____

        Plaintiff,

        v.

        **ℝECEIVE ᗪ**

        **COMPLAINT**

DUANE READE, INC.,

        APR 0 9 2014

**JUDGE RAMOS** Defendant.

        **JURY TRIAL DEMANDED**

        **U.S.D.C. S.D. N.Y.**

-----------------------------------------------------------------X

      Plaintiff Katherine Heigl, by her attorneys Ballard Spahr LLP, for her complaint in this action against Defendant Duane Reade, Inc., alleges as follows:

## NATURE OF THE ACTION

      1.      The actress Katherine Heigl, who has starred in the television series *Grey's Anatomy* and in films including *27 Dresses* and *The Ugly Truth,* was recently photographed without her consent by *paparazzi* in New York City leaving a Duane Reade pharmacy. Duane Reade then misused and misappropriated the photograph for its own commercial advertising, distributing the photo with Duane Reade's own promotional slogans on its *Twitter* and *Facebook* accounts, all without Ms. Heigl's knowledge or approval. Duane Reade has ignored a written demand that it stop this unlawful activity, and brazenly continues to exploit Ms. Heigl's image for commercial gain, despite her strenuous objection.

      2.      For its continuing willful violation of the law, Duane Reade is liable for not less than $6 million in compensatory and punitive or treble damages. While the harm to Ms. Heigl is substantial, she intends to donate all monies recovered in this lawsuit to a charitable foundation, the Jason Debus Heigl Foundation. The Foundation focuses on animal welfare through animal relocation, humane education, grant giving, and training for companion animals.

3.     Duane Reade's actions make it liable for (i) violation of the Lanham Act, 15 U.S.C. § 1051 *et seq.*; (ii) violation of Plaintiff's right of privacy and publicity under Sections 50 and 51 of the New York Civil Rights Law; and (iii) unfair competition under New York law.  Each of these claims arises from Duane Reade's unauthorized use, done knowingly and willfully, of Ms. Heigl's name, picture, image, and likeness for commercial advertising and other trade purposes within New York State and elsewhere.

## THE PARTIES

4.     As set forth further below, Plaintiff Katherine Heigl ("Plaintiff") is a major motion picture and television actress, celebrity, producer and philanthropist, whose persona has substantial financial and other value.  She is a citizen of the State of Utah.

5.     Defendant Duane Reade, Inc. ("Defendant" or "Duane Reade") is a Delaware corporation with its principal place of business in New York City at 40 Wall Street, New York, New York 10005.  On information and belief, Defendant is a leading retail pharmacy chain in New York State and the New York City tri-state area in terms of number of locations, customer base, and amount of revenue.  Defendant heavily advertises itself, its products and its services widely in all media, including via the Internet and social media, using, for example, Facebook and Twitter to reach millions of customers.

## JURISDICTION AND VENUE

6.     The Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 (actions arising under the Federal Trademark Act), 28 U.S.C. § 1331 (federal question), 28 U.S.C. §1338 (civil action arising under statutory trademark law and related unfair competition claims), and under 28 U.S.C. § 1332(a) (diversity) because the amount in controversy exceeds $75,000 (exclusive of interest and costs) and the dispute is between citizens

of different states.  Jurisdiction exists over the state law claims pursuant to 28 U.S.C. § 1367(a)

(supplemental jurisdiction).

7.     This Court has jurisdiction over Defendant because Defendant is, and at

all times relevant to this action has been, doing business in the State of New York, having

continuous and systematic business contacts with New York carried out with a fair measure of

permanence and continuity here.  In particular, Defendant's business headquarters and principal

place of business are located in New York City, and Defendant is registered with the New York

Department of State, Division of Corporations, to do business in New York State.

8.     Venue is proper in the Southern District of New York pursuant to 28

U.S.C. § 1391(b) and (c) because Defendant resides in this District, being subject to personal

jurisdiction here, and because a substantial part of the events giving rise to Plaintiff's claims in

this action occurred in this District.

## FACTS

### Katherine Heigl's Creation, Use and Promotion of Her Valuable Professional Persona

9.     Plaintiff is a highly successful television and motion picture actress,

producer and celebrity.  She has starred in the major motion pictures *27 Dresses*, *The Ugly Truth*,

*Knocked Up*, *Life As We Know It*, and *New Year's Eve*, among others.  According to the film

industry web-site www.boxofficemojo.com, Plaintiff's films have grossed over one billion

dollars worldwide.  Plaintiff also has appeared in numerous television programs and series,

starring in the highly successful long-running television series, *Grey's Anatomy*, for which

Plaintiff received a Primetime Emmy Award for Outstanding Supporting Actress in a Drama

Series for her role as the character Dr. Izzie Stevens.  Plaintiff was a member of the *Grey's*

*Anatomy* cast that received the Screen Actors Guild Award for Outstanding Performance by an

Ensemble in a Drama Series, and has twice been nominated for a Golden Globe Award. Plaintiff recently completed filming three motion pictures that will be released in 2014 and 2015 and has been in New York City during the period her likeness was misappropriated by Defendant while starring in a one-hour pilot for NBC. Plaintiff continues to be in high demand in the entertainment industry.

10.     In addition to her celebrity in the entertainment world, Plaintiff is a founder of, and grants selected use of her name and likeness to, the non-profit Jason Debus Heigl Foundation (the "Foundation"). The Foundation maintains a website at www.jasonheiglfoundation.org.

11.     As a consequence of her work in the entertainment and philanthropic worlds, Plaintiff is a highly recognized celebrity. Plaintiff maintains a Twitter account with over 754,000 followers (@KatieHeigl). A recent search for "Katherine Heigl" on the Google search engine returned over 3.2 million results.

12.     Plaintiff's picture, image and likeness enjoy wide-spread recognition and monetary value. To prevent any diminution of that value, Plaintiff has carefully and deliberately protected her valuable professional name, picture, image, likeness, and persona -- that is, her legally-recognized right of privacy and publicity -- from exploitation through unauthorized commercial advertising. Accordingly, when Plaintiff chooses to endorse a product or service, she is highly selective and well compensated.

13.     Furthermore, in connection with the Foundation, Plaintiff carefully authorizes and controls the use of her name, picture, image and likeness for charitable fundraising purposes and other activities of the Foundation.

14.     Plaintiff was never approached by and did not authorize Defendant to license or use Plaintiff's name, picture or image for any purpose, including commercial advertising, sponsorship or endorsement.

**Duane Reade's Use of Social Media For Its Advertising in New York and Elsewhere**

15.     Duane Reade engages in commercial advertising of its company, goods, and services using social media sites, including Facebook, Twitter, Pinterest, and others.

16.     Defendant's Twitter account can be found at www.twitter.com, with the user name @DuaneReade.  A printout of its Twitter home page created on March 31, 2014 is attached hereto as Exhibit A.  It is 36 pages and includes Defendant's commercial advertising postings ("Tweets") going back to March 14, 2014.  Defendant's Twitter account has 2.02 million followers, and states in the identification headline that "Duane Reade is the largest and most recognized drugstore chain in the New York Metropolitan area serving customers since 1960."  As of April 1, 2014, Defendant has tweeted advertising messages to its two-million-plus followers over 19,900 times.  (Ex. A, p. 1).

17.     Defendant links its Internet and social media sites to maximize the commercial advertising impact of Defendant's Internet marketing program.  Defendant's Twitter account includes a link to Defendant's Facebook account, found at facebook.com/duanereade. Defendant's home page on the Internet, found at www.duanereade.com, includes prominent graphical links to Facebook, Twitter, Pinterest, and other sites under the banner headline "Get Social with Duane Reade."

18.     The purpose of Defendant's social media activities is commercial advertising aimed at attracting customers and revenue, especially social media savvy customers

in the coveted young adult demographics. As a finalist for an advertising industry "Shorty Award" (http://industry.shortyawards.com), Duane Reade boasted that its online "Get Social with Duane Reade" campaign is intended to "drive awareness, engagement and increase sales at all retail stores using digital marketing strategies," and that its social media presence "[a]chieved 4 billion+ impressions across the social web. This is huge especially for a regional drugstore chain. To achieve the same number of impressions in USA Today, an ad spend of 2,249 full-page ads priced at over $467 Million would be necessary." Duane Reade also boasts that "DR is now the most widely followed drugstore in the world, dominating the social media landscape and stealing the voice from their national competitors."

19.    Defendant's Tweets predominantly promote commercial advertisements for a wide range of its products and services. For example, on March 14, 2014, Defendant tweeted *"Crunch, crunch Munch! It's National Potato Chip Day! Enjoy!"* followed by a link to an advertisement for Defendant's own "DeLish" label food product. (Ex. A, p. 35). In another representative commercial advertisement Tweet on March 17, 2014, Defendant tweeted *"Experience the best of beauty from around the world at #DuaneReade LOOK Boutique March 17-21 See flyer for info,"* with a link to an advertisement for beauty products. (Ex. A, p. 31).

20.    Defendant's Twitter page typically relies on short text tweets, followed by hyperlinks to full page photographic advertisements for products and services. Defendant's calculated social media advertising methods only occasionally use large photographs immediately visible along with a tweet to make an extra impression upon consumers. Such photos typically include pictures of Defendant's products accompanied by links to product ads, such as Duane Reade food products (Ex. A, pp. 17, 19, 20), other products sold by Duane Reade (Ex. A, p. 27), and Duane Reade store premises (Ex. A, p. 22).

**Defendant's Actions in Violation of Plaintiff's Valuable Rights**

21.     On or about March 18, 2014, Defendant posted a Tweet accompanied by a large and prominently displayed photograph of Plaintiff, stating *"Love a quick #DuaneReade run? Even @KatieHeigl can't resist shopping #NYC's favorite drugstore."* (Ex. A, p. 25-26).

22.     Clicking on the Plaintiff's featured photograph in the March 18, 2014 Tweet automatically expands to a full size photograph of Plaintiff, with the same Tweet text, attached hereto as Exhibit B (the "Heigl Photograph").

23.     On or about March 18, 2014, Defendant posted the Heigl Photograph on Defendant's Facebook page, under the "Photo Album" section with the heading "Duane Reade's Photos ·Duane Reade's Page."  The Facebook posting included a new and revised text, making it clear that @KatieHeigl was indeed the famous actress Katherine Heigl, and highlighting that Defendant's false advertising message -- that Plaintiff endorses Duane Reade -- was the sole reason for Duane Reade to prominently feature the photograph.  Capitalizing on their original unauthorized Tweet to maximum advantage on their Facebook page, Defendant changed "favorite drugstore" to "most convenient drugstore" to drive home the commercial message: *"Don't you just love a quick #DuaneReade run? Even Katherine Heigl can't resist shopping at #NYC's most convenient drugstore!"*  Copies of the Facebook text and Heigl Photograph posting are attached hereto as Exhibit C.

24.     The Heigl Photograph is a typical "Paparazzi" shot, depicting Plaintiff walking on the street in New York City, in a private moment looking away from the camera, apparently exiting a Duane Reade location and carrying Duane Reade shopping bags.  The photograph posted on the Twitter home page shows Plaintiff from the waist up.  The Heigl Photograph accessed via links on Twitter and Facebook shows a full length image of Plaintiff.

7

25.     The Heigl Photograph's lower right corner includes a logo "Just Jared," and the Facebook posting (Ex. C) references the source of the Heigl Photograph to the website "Just Jared," as follows:   *"Image via: justjared.com/photo-gallery/3073133/katherine-heigl-signs-with-wmeleaves-caa/02."*

26.     On information and belief, Just Jared is a celebrity news website specializing in so-called Paparazzi photographs of celebrities in candid moments.  The website www.justjared.com includes the Heigl Photograph, and several others taken the same moment (including a photo of Nancy Heigl), as part of a news story dated March 17, 2014, entitled "Katherine Heigl Signs With WME After Leaving Creative Artists Agency."  A copy of the Just Jared news article and photographs is attached hereto as Exhibit D.  Clicking on the Just Jared photos leads to a full size version of the Heigl Photograph, attached hereto as Exhibit E.

27.     On information and belief, Defendant obtained a Paparazzi photograph originally published by Just Jared as part of Just Jared's news reporting on Katherine Heigl's career, and Defendant misappropriated and purloined the photograph for use completely unrelated to its original news context, by stripping the photo of its original editorial context.  Defendant's actions involved multiple uses on multiple Internet websites, and constituted an unauthorized publication for commercial advertisement and "endorsement" by Plaintiff of Duane Reade.

28.     Duane Reade's Facebook page "Photo Album" link directs viewers to a collection of photographs that include product and merchandise depictions.  This page featured Plaintiff, very prominently, as the only celebrity among product and other photos.  This use and depiction was calculated to attract consumers to the Duane Reade brand by falsely implying that

Plaintiff endorses Defendant.  A copy of Defendant's Facebook Photo Album page showing this prominent use of Plaintiff's image is attached hereto as Exhibit F.

29.     On information and belief, Duane Reade's Twitter account normally includes only occasional Duane Reade products or store premises photographs displayed as the user scrolls through the Tweet postings.  But among recent photographs, Plaintiff's image stands out as the only celebrity image, thereby designed to exploit Plaintiff's image to suggest false cachet for Defendant's Twitter page and imply falsely that Plaintiff endorses Defendant.  On information and belief, Defendant has singled out Plaintiff simply because she happened to be a customer on one occasion at a Duane Reade store, and a photograph of that occasion happened to be included in reporting on entertainment-industry news.

30.     Use of Plaintiff's image under these circumstances improperly exploited Plaintiff's name and likeness, as a celebrity, for Defendant's commercial advertising and purposes of trade, without authorization.  Such use was done knowingly and willfully, as evidenced by Defendant's manipulation of and changes to the Duane Reade advertising messages in the captions, after Defendant had intentionally stripped out all evidence of the original news context to the Heigl Photograph.

31.     Indeed, Duane Reade's infringing and illegal acts required multiple, discrete steps, including, on information and belief, (i) purloining and misappropriating the Heigl Photograph from the Just Jared entertainment news web-site; (ii) eliminating all news reporting aspects of the original posting; (iii) then posting the Heigl Photograph on Twitter with a text advertisement for Defendant, including a link to the full size Heigl Photograph; and (iv) finally, posting the Heigl Photograph on Facebook on Defendant's Photo Album with a revised and

improved advertising message, and again omitting any news reporting aspects of the original use of the photograph of Plaintiff.

32.    Defendant's actions were at all times intentional and knowing and in bad faith.  At no time did Defendant seek or obtain any authorization from Plaintiff for Defendant's use of the Heigl Photograph.  Defendant has improperly sought to transform news photography into unauthorized commercial advertising and endorsements for its own benefit.

33.    On or about March 19, 2014, Plaintiff's counsel sent a cease and desist letter to Defendant, demanding that Defendant cease its illegal acts and respond immediately. Defendant ignored Plaintiff's demands.

## FIRST CLAIM
### (Section 43(a) of the Lanham Act)

34.    Plaintiff repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 33 above as if fully set forth herein.

35.    Defendant has in commerce made a false or misleading representation of fact in connection with goods or services that is likely to cause consumer confusion as to the origin, sponsorship, or approval of the goods or services.

36.    Defendant's commercial advertising campaigns on the Internet and in social media are aimed and occur across state lines in the New York metropolitan area, including New York, New Jersey, Connecticut, and via the Internet to all fifty states and internationally.

37.    Plaintiff has not authorized Defendant to use her valuable name, picture, image, or likeness.

38.    Defendant's use of Plaintiff's name, picture, image, and likeness falsely implies that Plaintiff sponsors, endorses, or is affiliated with Defendant's goods and services and

10

is likely to cause consumer confusion, and therefore constitutes false advertising and unfair competition.

39.     Defendant's acts have been willful, knowing, deliberate, and intended to benefit Defendant at Plaintiff's expense.

40.     As a direct and proximate result of Defendant's unlawful acts, Plaintiff has been, and continues to be, damaged.  Plaintiff has suffered economic and reputational injury flowing directly from Defendant's unlawful acts, including reputational injury resulting from false endorsement of Defendant's services and products which deprived Plaintiff of her valuable right to select what endorsements to grant, including and how those endorsements are presented to and perceived by the public, as evidenced by comments on Defendant's Twitter page and elsewhere, all of which directly damage Plaintiff's ability to control and negotiate endorsement agreements and her valuable rights.

41.     Plaintiff is entitled to recover from Defendant compensatory damages, Defendant's profits resulting from its unlawful conduct, treble damages and reasonable attorney fees and costs in such amounts to be determined at trial.

42.     Furthermore, Plaintiff has no adequate remedy at law to compensate her fully for the injury caused by Defendant's unlawful acts and which would be caused by any further infringement of Plaintiff's rights.  Accordingly, the Court should enjoin Defendant from committing future unlawful acts and infringements as alleged here.

## SECOND CLAIM
### (Violation of New York Civil Rights Law Sections 50 and 51)

43.     Plaintiff repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 33 above as if fully set forth herein.

11

44.     Defendant has used Plaintiff's name, picture, image and likeness within the State of New York for advertising purposes or for the purpose of trade without Plaintiff's consent.

45.     Defendant's use of Plaintiff's name, picture, image and likeness was willful, malicious and in conscious disregard of Plaintiff's rights.

46.     Defendant's conduct violates Plaintiff's rights under Sections 50 and 51 of the Civil Rights Law of the State of New York.

47.     As a result of Defendant's unauthorized use of Plaintiff's name, picture, image, and likeness, Plaintiff has been, and continues to be, damaged.

48.     Defendant received a cease and desist letter from Plaintiff's counsel but continues to intentionally ignore Plaintiff's legal rights and to profit therefrom.

49.     Defendant has purposefully used Plaintiff's name, picture, image, and likeness in a manner that it knew to be unlawful pursuant to Sections 50 and 51 of the New York Civil Rights Law.  Defendant knew it was required to obtain Plaintiff's consent for its use of her name and the Heigl Photograph.  Defendant never sought such consent.

50.     Plaintiff is entitled to recover from Defendant all damages for her injuries sustained by reason of Defendant's unlawful actions, as well as exemplary and punitive damages, under Section 51 of the New York Civil Rights Law in such amounts to be determined at trial.

51.     Furthermore, Plaintiff has no adequate remedy at law to compensate her fully for the injury caused by Defendant's unlawful acts and which would be caused by any

further infringement of Plaintiff's rights.  Accordingly, the Court should enjoin Defendant from committing future unlawful acts and infringements as alleged here.

## THIRD CLAIM
### (Common Law Unfair Competition)

52.    Plaintiff repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 33 above as if fully set forth herein.

53.    Defendant's actions alleged herein constitute unfair competition within the State of New York and in violation of New York law because Defendant acted intentionally to mislead and confuse consumers, or caused a likelihood of consumer confusion, and acted in bad faith.

54.    Plaintiff carefully monitors and controls the valuable commercial use of her name, picture, image, and likeness.

55.    Defendant's recent Facebook and Twitter pages prominently feature the Heigl Photograph and Plaintiff's name in a manner that misleads and confuses consumers.

56.    Defendant acted in bad faith by first misappropriating the Heigl Photograph, then using it stripped of its original news-reporting function to falsely imply that Plaintiff's valuable endorsement rights were granted to Defendant -- even though they were not -- and by using Plaintiff's name in conjunction with at least two advertising messages and multiple links to commercial advertising for Defendant's products and services.

57.    As a direct and proximate result of Defendant's acts of unfair competition, Plaintiff has been, and continues to be, damaged, and is entitled to recover from Defendant damages in such amount to be determined at trial.  Defendant's acts of unfair competition were

13

willful, malicious and in conscious disregard of Plaintiff's rights, entitling Plaintiff to recover punitive damages.

58. Furthermore, Plaintiff has no adequate remedy at law to compensate her fully for the injury caused by Defendant's unlawful acts and which would be caused by any further infringement of Plaintiff's rights. Accordingly, the Court should enjoin Defendant from committing future unlawful acts and infringements as alleged here.

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully demands judgment against Defendant as follows:

(a) on the First Claim under Section 43(a) of the Lanham Act, awarding Plaintiff (i) compensatory damages in an amount to be determined at trial; (ii) the amount of Defendant's profits resulting from its unlawful conduct; (iii) treble damages as authorized by statute; and (iv) reasonable attorney fees and costs as also authorized by statute;

(b) on the Second Claim for violation of New York Civil Rights Law Sections 50 and 51, awarding Plaintiff (i) damages for her injuries sustained by reason of Plaintiff's unlawful actions; (ii) exemplary and punitive damages; and (iii) reasonable attorney fees and costs;

(c) on the Third Claim for unfair competition, awarding Plaintiff (i) compensatory damages in an amount to be determined at trial; and (ii) exemplary and punitive damages;

(d) on each of the First, Second and Third Claims, permanently enjoining Defendant, and its agents, officers, servants, employees, successors and assigns and all others acting in concert or privity with Defendant, from using, imitating, or copying Plaintiff's name, picture, image, or likeness in connection with any promotion, advertisement, display, sale, or

circulation of any services or products, including commercial advertising use, whether express or implied, on the Internet or social media in any form; and

(e) awarding such other and further relief as this Court deems just and proper.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury on all issues triable by right to a jury.

Dated: New York, New York
April 9, 2014

By: _____

Peter L. Haviland (*Pro hac vice motion to be submitted*)
Corey Field
Scott M. Himes

BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067
(424) 204-4321 (telephone)
(424) 204-4350 (facsimile)
havilandp@ballardspahr.com
fieldc@ballardspahr.com

-and-

BALLARD SPAHR STILLMAN & FRIEDMAN LLP
425 Park Avenue
New York, NY 10022
(212) 223-0200 (telephone)
(212) 223-1942 (facsimile)
himess@bssfny.com

*Attorneys for Plaintiff Katherine Heigl*

# Exhibit A







9  Home        ;  Notifications        8  Discover

**Duane Reade** @DuaneR
Don't let allergies get the ~~Search~~
on allergy medicine ow.ly/vcyH9 #DRAllergy

Expand                                    P  Reply   Q  Retweet   N  Favorite   o  More

+ Retweeted by Duane Reade

**Alison Groen** @Rosiediscovers ·10 hrs
Picnic Pick-Up's at Duane Reade! #SoFab #shop goo.gl/E5KQO2 via
@SoFabfood

Expand                                    P  Reply   Q  Retweet   N  Favorite   o  More

**Duane Reade** @DuaneReade ·11 hrs
"You are what you repeatedly do. Excellence is not an event - it is a habit"
~Aristotle Image via: Dawn Penny Russell ow.ly/i/54Hye

U  View photo                            P  Reply   Q  Retweet   N  Favorite   o  More

**Duane Reade** @DuaneReade ·Mar 30
Do something that would make your mother proud: personalized weather
forecasts straight to your inbox poncho.is/register/duane… #DRAllergy #NYC

Expand                                    P  Reply   Q  Retweet   N  Favorite   o  More

**Duane Reade** @DuaneReade ·Mar 30
Imagine... #nyc #newyorkcity #duanereade instagram.com/p/mLMHOshKVm/

Expand                                    P  Reply   Q  Retweet   N  Favorite   o  More

**Duane Reade** @DuaneReade ·Mar 30
Today's National Doctor's Day! Many thanks to the fantastic team of doctors at
our #DR Walk-In Medical Care locations ow.ly/i/54blU

U  View photo                            P  Reply   Q  Retweet   N  Favorite   o  More

+ Retweeted by Duane Reade

**SoFabLifestyle** @SoFabLifestyle ·Mar 30
Prep for spring with @DuaneReade and @pretty_squared #DRSpringTime
cbi.as/7i1oj #SoFab #shop



9 Home    ; Notifications    8 Discover    < Me    Expand    Search    = ... M

**Duane Reade** @DuaneReade ·Mar 30
Learn about Greek culture at the Greek Independence Day Parade today at 1:45pm - 5th Ave. between 64th to 79th Sts. ow.ly/i/54bl3
U View photo                                    P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 30
"Quietness with thoughtful reflection and relaxation can be empowering" ~Cynthia Wright
Image: flickr.com/photos/dicau58… ow.ly/i/54bjE
U View photo                                    P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 29
Thanks!  Have a great evening @JesseSteinbach
T View conversation                            P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 29
Take a guided walk through Central Park to look out for nocturnal wildlife tonight at 7pm.  Meet at Belvedere Castle. ow.ly/i/53QPQ
U View photo                                    P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 29
Check out the Bargemusic Concert today at 3pm at Fulton Ferry Landing, Brooklyn
Image via: flickr.com/photos/andram/… ow.ly/i/53QP7
U View photo                                    P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 29
Join the Chelsea community for an afternoon of art from 1-3pm today at Porter Contemporary, 548 W. 28th St.
ow.ly/i/53QOx
U View photo                                    P Reply   Q Retweet   N Favorite   o More



9 Home   ; Notifications   8 Discover   Me   Search   =

**Retweeted by Duane Reade**

**SoFabLifestyle** @SoFab
Chemical-free spring cleaning via @CourtneysSweets and @DuaneReade
#DRSpringTime cbi.as/cwxi6 #SoFab #shop
Expand                          P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 29
Happy Saturday!

Image via: flickr.com/photos/slbramh…
ow.ly/i/53QNp ow.ly/i/53QNJ
U View photo                    P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 28
Have a great Friday night #NYC!

Image via: flickr.com/photos/pamhule… ow.ly/i/532ku
U View photo                    P Reply   Q Retweet   N Favorite   o More

**Retweeted by Duane Reade**

**SoFabLifestyle** @SoFabLifestyle ·Mar 28
Chemical-free spring cleaning via @CourtneysSweets and @DuaneReade
#DRSpringTime cbi.as/cwxi6 #SoFab #shop
Expand                          P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 28
Jam out to live music tonight from 6-10pm at Rubin Museum's K2 Lounge, 150
West 17th St. ow.ly/i/532jM
U View photo                    P Reply   Q Retweet   N Favorite   o More

**Retweeted by Duane Reade**

**Breeanna Straessle** @BreeStraessle ·Mar 28
You have to give your audience what they want. @DuaneReade's followers
wanted photos of NYC, not specials from a drug store. #smmw14



9  Home      ;  Notifications      8  Discover      <  Me      Expand      Search

**Duane Reade** @DuaneReade ·Mar 28
Help feed hungry New Yorkers! Find out how your company can volunteer with
@CityHarvest - bit.ly/1gr4GDx
ow.ly/i/532iX
U View photo                                    P Reply    Q Retweet    N Favorite    o More

**Duane Reade** @DuaneReade ·Mar 28
Thanks! RT @NYMBrands #FF    our retailers @CVS_Extra @Walmart @Kmart
@ULTA_Beauty @Rickys_NYC @Walgreens @Target @NavarroRx
@HarrisTeeter
T View conversation                             P Reply    Q Retweet    N Favorite    o More

**Duane Reade** @DuaneReade ·Mar 28
Thanks @TeshawnEdmonds! Have a great weekend!
T View conversation                             P Reply    Q Retweet    N Favorite    o More

**Duane Reade** @DuaneReade ·Mar 28
It's Flashback Friday! Can you guess what this early 1900's contraption is, or
what it was used for in #NYC? ow.ly/i/532i6
U View photo                                    P Reply    Q Retweet    N Favorite    o More

+ Retweeted by Duane Reade
**April Parsons** @AprilParsons1 ·Mar 27
The #cvs wouldn't let me use the bathroom but #duanereade did. I know where
I'll be #shopping in #nyc from now on. @CVS_Extra @DuaneReade
Expand                                          P Reply    Q Retweet    N Favorite    o More

+ Retweeted by Duane Reade
**SoFabLifestyle** @SoFabLifestyle ·Mar 27
Chemical-free spring cleaning via @CourtneysSweets and @DuaneReade
#DRSpringTime cbi.as/cwxi6 #SoFab #shop
Expand                                          P Reply    Q Retweet    N Favorite    o More

9 Home    ;  Notifications    8 Discover

Search    =

**Duane Reade** @DuaneR
Get ready for spring! Find all of the latest spring beauty trends at your nearest
#DuaneReade LOOK… instagram.com/p/mECBtKhKc5/
Expand

P Reply    Q Retweet    N Favorite    o More

**Duane Reade** @DuaneReade ·Mar 27
March is #WomensHistoryMonth, a time for celebrating the diverse and historic
accomplishments of women. ow.ly/i/52edF
U View photo

P Reply    Q Retweet    N Favorite    o More

**Duane Reade** @DuaneReade ·Mar 27
Always good to see you, @TeshawnEdmonds  :) Thanks for stopping by!
T View conversation

P Reply    Q Retweet    N Favorite    o More

**Duane Reade** @DuaneReade ·Mar 27
Marvel at spectacular arrangements of flowers at Macy's Flower Show all day
today at Macy's Herald Square. ow.ly/i/52ef6
U View photo

P Reply    Q Retweet    N Favorite    o More

+ Retweeted by Duane Reade
**Perfect Bacon Bowl** @PerfBaconBowl ·Mar 27
Yum! #NYC: Where's your favorite spot to grab a quick #lunch? Be sure to check
out our friends @DuaneReade. They love #BACON! #DRLunch
Expand

P Reply    Q Retweet    N Favorite    o More

+ Retweeted by Duane Reade
**PONCHO** @poncho_ny ·Mar 27
Did you use your @DuaneReade allergy coupon today? How did it go? I want to
know everything.
Expand

P Reply    Q Retweet    N Favorite    o More

+ Retweeted by Duane Reade
**Iman Abdulmajid** @The_Real_IMAN ·Mar 27



9 Home   ;  Notifications   8  Discover

What's better than a mal... ...  Search

**What's better than a mal**
**@duane_reade… instag**

Expand                                   P Reply   Q Retweet   N Favorite   O More

+ Retweeted by Duane Reade
**SoFabFood** @SoFabfood ·Mar 27
Celebrate Munch Madness with deLISH Snacks at Duane Reade #SoFab #shop
goo.gl/y3n2yA
Expand                                   P Reply   Q Retweet   N Favorite   O More

**Duane Reade** @DuaneReade ·Mar 27
Hey @0adhika0, thanks for stopping by! Have a great day & see you again soon.
:-)
T View conversation                      P Reply   Q Retweet   N Favorite   O More

+ Retweeted by Duane Reade
**SoFabLifestyle** @SoFabLifestyle ·Mar 27
See @styledelights get ready for spring with @DuaneReade #DRSpringTime
cbi.as/ujyj4 #SoFab #shop
Expand                                   P Reply   Q Retweet   N Favorite   O More

+ Retweeted by Duane Reade
**Nicki Briggs, MS, RD** @nicki_briggs_ ·Mar 27
@DuaneReade Loved that my cashier wished me to "Be well" at check out.
Great use of your employee advocates to deliver brand messaging
Expand                                   P Reply   Q Retweet   N Favorite   O More

**Duane Reade** @DuaneReade ·Mar 27
Don't let allergies get the best of you. Register with @poncho_ny for discounts
on allergy medicine ow.ly/uZX1D #DRAllergy
Expand                                   P Reply   Q Retweet   N Favorite   O More

+ Retweeted by Duane Reade
**SS PE_Feeds** @PE_Feeds ·Mar 27



Here we go: first @Duar... out today.]pic.twitter.com...

Search

40s. An otherwise docile day. poncho.is/s/yMf8R

Ain't no party like an allergy party cuz an allergy party means a Duane Reade trip. Good thing you have this coupon: bit.ly/

U Expand                               P Reply    Q Retweet    N Favorite    o More

**Duane Reade** @DuaneReade ·Mar 27
Thanks for checking in, @SOBRENATURAL7! Have a great day :)

T View conversation                    P Reply    Q Retweet    N Favorite    o More

**Duane Reade** @DuaneReade ·Mar 27
"You are never too old to set another goal or to dream a new dream."

~C.S. Lewis

Image via: flickr.com/photos/sordie/… ow.ly/i/52ecO

U View photo                           P Reply    Q Retweet    N Favorite    o More

**Duane Reade** @DuaneReade ·Mar 26
Come to Family Night for music, food, books, and fun at Word Up Bookstore tonight from 6-8pm at 2113 Amsterdam Ave. ow.ly/i/51tAH



9 Home   ;   Notifications   8 Discover      < Me   ⋃ View photo      Search      =   ✉ ⚙ M

**Duane Reade** @DuaneReade ·Mar 26
Melanie Notkin reads from her new book "Otherhood" today at 7pm at Barnes & Noble Upper East Side ow.ly/i/51tzK

⋃ View photo                    P Reply  Q Retweet  N Favorite  O More

**Duane Reade** @DuaneReade ·Mar 26
Allergies bugging you? Sign up with @poncho_ny for pollen alerts and discounts for allergy relief products ow.ly/uQpax #DRAllergy

Expand                          P Reply  Q Retweet  N Favorite  O More

+ Retweeted by Duane Reade
**Karen Coutu** @_Karen ·Mar 26
Chemical-free spring cleaning via @CourtneysSweets and @DuaneReade #DRSpringTime cbi.as/cwxi6 #SoFab #shop

Expand                          P Reply  Q Retweet  N Favorite  O More

**Duane Reade** @DuaneReade ·Mar 26
Check out a wonderful fusion of ice dance & figure skating today at 1pm at The Rink at Rockefeller Center ow.ly/i/51ty9

⋃ View photo                    P Reply  Q Retweet  N Favorite  O More

+ Retweeted by Duane Reade
**SoFabLifestyle** @SoFabLifestyle ·Mar 26
See @styledelights get ready for spring with @DuaneReade #DRSpringTime cbi.as/ujyj4 #SoFab #shop

Expand                          P Reply  Q Retweet  N Favorite  O More

**Duane Reade** @DuaneReade ·Mar 26
"Friends are people who know you really well and like you anyway."

~Greg Tamblyn



9 Home     ; Notifications     8 Discover     < Me     Image via] flickr.com/pho     Search     =

ꝋ View photo                                          P Reply   Q Retweet   N Favorite   o More

+ Retweeted by Duane Reade
**Margaret L Saselu** @margsass ·Mar 25
Manicure, sushi lunch, and now cash back -  @DuaneReade Wall Street has it all #multitasking
Expand                                               P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 25
Let's play some trivia...What are the colors of the #NYC Flag? ow.ly/i/50EHI
ꝋ View photo                                          P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 25
Explore #NYC after dark on tonight's tour at 8pm. Meet @ Grand Central Info Booth Image via: flickr.com/photos/kevin81… ow.ly/i/50EzP
ꝋ View photo                                          P Reply   Q Retweet   N Favorite   o More

+ Retweeted by Duane Reade
**Kelly Loubet** @Childhood ·Mar 25
A big *high five* to @DuaneReade for being a @shortyawards finalist! Best use of SoMe for Retail! industry.shortyawards.com/category/6th_a…
Expand                                               P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 25
Experience the ballerina within at the Ballet Exercise Class for Adults today at 3pm at the 67th Street Library. ow.ly/i/50Ezj
ꝋ View photo                                          P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 25
"The only place success comes before work is in the dictionary." ~Vincent Lombardi



9 Home    ; Notifications    8 Discover

Search    =

+ **Retweeted by Duane Reade**

**Andrea Butera** @Andrea
Duane Reade makes it rain w/new weather alerts by sending weather-related promotional messages to shoppers 2x a day: forbes.com/sites/laurahel…

S View summary

P Reply    Q Retweet    O Favorite    O More

+ **Retweeted by Duane Reade**

**AIDS Walk New York** @AIDSWalkNY ·Mar 24
Let's give a special shout out to our Presenting Sponsor, @DuaneReade ! They have been an invaluable friend and partner of #AIDSWalkNY!

Expand

P Reply    Q Retweet    O Favorite    N More

**Duane Reade** @DuaneReade ·Mar 24
Inquiring minds want to know...What's your dream job? ow.ly/i/4ZPnR

U View photo

P Reply    Q Retweet    O Favorite    N More

**Duane Reade** @DuaneReade ·Mar 24
Morning everyone.... Happy Monday ;)

Image via: flickr.com/photos/slbramh… ow.ly/i/4ZPmY

U View photo

P Reply    Q Retweet    N Favorite    N More

+ **Retweeted by Duane Reade**

**Social Media Samurai** @TrueOmegaNexus ·Mar 23
These games are great! ** Big Basketball Ushers in #DRMunchMadness at @DuaneReade - go.shr.lc/1f0BROU ** #cbias #shop

Expand

P Reply    Q Retweet    O Favorite    N More

**Duane Reade** @DuaneReade ·Mar 23
It's National Chip and Dip Day. Go ahead and double dip away! ow.ly/i/4Zr5z

U View photo

P Reply    Q Retweet    N Favorite    O More

**Duane Reade** @DuaneReade ·Mar 23

9   Home       ;   Notifications       8   Discover

Explore some of Central Park ... to(  2p ee'
near statue at 5th Ave. 8

U  View photo                                    P  Reply  Q  Retweet  N  Favorite  o  More

**Duane Reade** @DuaneReade ·Mar 23
Morning! @meganocaro @EverythingNYC @NewYorkHabitat @nycgo @agreatbigcity @I_LOVE_NY @nyroamer

T  View conversation                             P  Reply  Q  Retweet  N  Favorite  o  More

**Duane Reade** @DuaneReade ·Mar 23
Make your own sundial pendant at the Sundial Craft Workshop today at 1pm at Queens Botanical Garden  ow.ly/i/4Zr4i

U  View photo                                    P  Reply  Q  Retweet  N  Favorite  o  More

**Duane Reade** @DuaneReade ·Mar 23
"Don't regret the past, just learn from it."

~Ben Ipock

Image via:  flickr.com/photos/emmanue… ow.ly/i/4Zr67

U  View photo                                    P  Reply  Q  Retweet  N  Favorite  o  More

+  Retweeted by Duane Reade
**Alicia Fiorletta** @AliciaFiorletta ·Mar 22
Duane Reade Partners With Poncho To Deliver Weather-Related Tips, Offers: buff.ly/1gW27du

Expand                                          P  Reply  Q  Retweet  N  Favorite  o  More

**Duane Reade** @DuaneReade ·Mar 22
Enjoy your Saturday night #NYC!!

Image via:  flickr.com/fensterbme/114…
 ow.ly/i/4Z0mq

U  View photo                                    P  Reply  Q  Retweet  N  Favorite  o  More



9  Home      ;  Notifications      8  Discover      Me      Search      =

Retweeted by Duane Reade

**PONCHO** @poncho_ny ·Mar 22
If you have allergies, you'll need to make a pit stop @DuaneReade soon. Trust me on this one. Grab your coupon now!
poncho.is/register/dr/

Expand                    ⌐ Reply  ◌ Retweet  ⋈ Favorite  ○ More

**Duane Reade** @DuaneReade ·Mar 22
"The most certain sign of wisdom is cheerfulness. " ~Michel de Montaigne #NYC #NewYorkCity #DuaneReade instagram.com/p/l214gZBKVp/

Expand                    ⌐ Reply  ◌ Retweet  ⋈ Favorite  ○ More

**Duane Reade** @DuaneReade ·Mar 22
Congrats to @CityHarvest on being named Edible Manhattan's Local Non-Profit Hero of the Year! bit.ly/1i4sQbJ ow.ly/i/4Z04X

U View photo                ⌐ Reply  ◌ Retweet  ⋈ Favorite  ○ More

Retweeted by Duane Reade

**BIMMY'S** @MrBIMMY ·Mar 22
"One cannot think well, love well, sleep well, if one has not dined well".
So eat good and Love Great !
#BimmysCatering  @DuaneReade

Expand                    ⌐ Reply  ◌ Retweet  ⋈ Favorite  ○ More

**Duane Reade** @DuaneReade ·Mar 22
Allergies got you down? Register with @Poncho_NY for pollen alerts & coupons! #DRAllergy ow.ly/uQpax ow.ly/i/4Z03i

U View photo                ⌐ Reply  ◌ Retweet  ⋈ Favorite  ○ More

**Duane Reade** @DuaneReade ·Mar 22
"You have to do your thing no matter what anyone says. It's your life." ~Ethan Embry
Image: flickr.com/76807015@N03/1… ow.ly/i/4Z01m

U View photo                ⌐ Reply  ◌ Retweet  ⋈ Favorite  ○ More



9   Home          ;   Notifications          8   Discover

< Me                Retweeted by Duane Reade

**Anna Sandler** @Anna_Sandler ·Mar 21
Fun basketball lunch with @DuaneReade items!
pinterest.com/pin/1616370741… #DRMunchMadness #shop
pic.twitter.com/964XyvM3zj

U Expand                                P  Reply   Q  Retweet   N  Favorite   O  More

+  Retweeted by Duane Reade

**Anna Sandler** @Anna_Sandler ·Mar 21
Lots of ideas for fun snacks from @DuaneReade to go with your basketball
watching : bit.ly/1nLvwjE #DRMunchMadness #shop

Expand                                  P  Reply   Q  Retweet   N  Favorite   O  More

+  Retweeted by Duane Reade

**Social Media Samurai** @TrueOmegaNexus ·Mar 21
.@DuaneReade is providing you all the college basketball tourney snacks you
want.#DRMunchMadness!! #cbias #shop - go.shr.lc/1f0BROU

Expand                                  P  Reply   Q  Retweet   N  Favorite   O  More



9  Home        ;  Notifications        8  Discover

**Duane Reade** @DuaneR
Helloooooo weekend! W

U View photo

P Reply   Q Retweet   N Favorite   o More

＋ Retweeted by Duane Reade

**DivasandDorks** @DIVASANDDORKS ·Mar 21
Getting Ready For Basketball Madness With Duane Reade #MunchMadness
wp.me/p237Qh-6tH

Expand

P Reply   Q Retweet   N Favorite   o More

＋ Retweeted by Duane Reade

**The NYC Talon** @KristaK2 ·Mar 21
Munch Madness at @DuaneReade - check out my game time snacking picks!
#DRMunchMadness #CBias nyctalon.com/munch-madness-…
pic.twitter.com/GdgVERevID

9  Home        ;  Notifications        8  Discover        <  Me            Search                    =



⊔ Expand                                              P  Reply    Q  Retweet    N  Favorite    o  More

+  Retweeted by Duane Reade
**Snack Fixation** @SnackFixation ·Mar 21
Find out how you make this delicious pizza for #DRMunchMadness with
@DuaneReade's help. bit.ly/NAAPlg #shop pic.twitter.com/vY0HxVDhMY





9  Home      ;  Notifications      8  Discover

T View conversation ]

Search

**Duane Reade** @DuaneReade ·Mar 21
Thank you @prettyinmypoc! Happy Friday @JulepMaven @toppik
@Pop_Beauty @LOrealParisUSA @Walgreens @InStyle @LORAC_Cosmetics

T View conversation          P Reply   Q Retweet   N Favorite   O More

+ Retweeted by Duane Reade
**Calvin Peters** @publicityc ·Mar 21
@DuaneReade attacks #allergyseason with weather-based mobile coupons!
@poncho_ny #DRAllergy mobilecommercedaily.com/duane-reade-at…
pic.twitter.com/GlnYGS3dLU

U View photo          P Reply   Q Retweet   N Favorite   O More

+ Retweeted by Duane Reade
**SS PE_Feeds** @PE_Feeds ·Mar 21
.@poncho_ny made hints in the newsletter yesterday of its partnership with
@DuaneReade & @Walgreens. pic.twitter.com/yJjBk0Fwcu

U View photo          P Reply   Q Retweet   N Favorite   O More

**Duane Reade** @DuaneReade ·Mar 21
It's Flashback Friday!  Can you guess which #NYC bridge is being built in this
1909 photo? ow.ly/i/4Yc8e

U View photo          P Reply   Q Retweet   N Favorite   O More

**Duane Reade** @DuaneReade ·Mar 20
Attend the Spring Fitness Break Wellness seminar today at 7pm at Westin Grand
Central. Image: flickr.com/miamifitnesstv… ow.ly/i/4XwOc

U View photo          P Reply   Q Retweet   N Favorite   O More

**Duane Reade** @DuaneReade ·Mar 20



9  Home        ;  Notifications       8  Discover

Create a marketing strat... Ave Image via: flickr.com

Search

U  View photo                                    P  Reply    Q  Retweet   N  Favorite   O  More

**Duane Reade** @DuaneReade ·Mar 20
"As for New York City, it is a place apart. There is not its match in any other country in the world."… instagram.com/p/lxjl8MBKQz/

Expand                                          P  Reply    Q  Retweet   N  Favorite   O  More

+  Retweeted by Duane Reade
**Emma Leigh Martin** @emmaleigh014 ·Mar 20
@DuaneReade is one of those NYC things that never fails to amaze me. Kind of a mini Wegmans. More on its rebranding: businessweek.com/articles/2014-…

S  View summary                                 P  Reply    Q  Retweet   N  Favorite   O  More

+  Retweeted by Duane Reade
**Calvin Peters** @publicityc ·Mar 20
@DuaneReade Partners With @poncho_ny To Deliver Weather-Related Tips, Offers! @RTouchPoints bit.ly/Nxmi9G pic.twitter.com/oh8J1AmXWO

U  Expand                                        P  Reply    Q  Retweet   N  Favorite   O  More



9  Home    ;  Notifications    8  Discover    <  Me    Retweeted by Duane Reade    Search    =

**SoFabFood** @SoFabfood ·Mar 20
Spring essentials fill @thechirpingmoms' Easter baskets w/ @DuaneReade.
#DRSpringTime cbi.as/-9ax1 #SoFab #shop

Expand        P Reply    Q Retweet    N Favorite    o More

**Duane Reade** @DuaneReade ·Mar 20
Have a good time at the Spring Equinox Egg Balancing Ceremony today at
eggsactly 12:57pm at Bowling Green Park ow.ly/i/4XwKC

U View photo        P Reply    Q Retweet    N Favorite    o More

Retweeted by Duane Reade
**gonanci** @gonanci ·Mar 20
via TechCrunch Betaworks' Refreshing Weather Email Service Poncho Launches
Discount Campaign With Duane Reade ift.tt/1j7fZbT

S View summary        P Reply    Q Retweet    N Favorite    o More

**Duane Reade** @DuaneReade ·Mar 20
Hello spring!

Image via: flickr.com/photos/wwward0… ow.ly/i/4XwJT

U View photo        P Reply    Q Retweet    N Favorite    o More

Retweeted by Duane Reade
**Andrea Kruse** @notimeMom ·Mar 20
Celebrating Spring With Duane Reade goo.gl/eE0QjL

Expand        P Reply    Q Retweet    N Favorite    o More

Retweeted by Duane Reade
**Drug Store News** @DrugStoreNews ·Mar 19
.@DuaneReade to blast allergy coupons on high-index days through
@poncho_ny app: ow.ly/uLwlM

Expand        P Reply    Q Retweet    N Favorite    o More



9  Home        ;  Notifications        8  Discover

<  Me
        +  Retweeted by Duane Reade        Search        =

**Lauren Adams** @LaurenConAd · Mar 19
Hey NYCers why don't we stop bitching about the cold and start talking about HOW NOW YOU CAN DO CASH BACK AT DUANE READE! #fb
Expand                        P Reply    Q Retweet    N Favorite    o More

**Duane Reade** @DuaneReade · Mar 19
Sip & savor some fine wine at tonight's tasting at Blanc & Rouge - 81 Washington St, Brooklyn, starting at 5:30pm ow.ly/i/4WMfb
U View photo                    P Reply    Q Retweet    N Favorite    o More

**Duane Reade** @DuaneReade · Mar 19
"You'll miss the best things if you keep your eyes shut." ~Dr. Seuss #NYC #NewYorkCity #DuaneReade instagram.com/p/lvAiW1hKUY/
Expand                        P Reply    Q Retweet    N Favorite    o More

**Duane Reade** @DuaneReade · Mar 19
Prepare to be mesmerized at the Young People UPCA performance tonight at 6pm at 4140 Broadway ow.ly/i/4WMeo
U View photo                    P Reply    Q Retweet    N Favorite    o More

        +  Retweeted by Duane Reade
**Doreen** @dulcedia · Mar 19
@DuaneReade seriously, your snacks are divine! Worthy of giving as gifts or just because-
O  T View conversation          P Reply    Q Retweet    N Favorite    o More

**Duane Reade** @DuaneReade · Mar 19
Indulge in some rich chocolaty fun today on National Chocolate Caramel Day! ow.ly/i/4WMdD
U View photo                    P Reply    Q Retweet    N Favorite    o More

        +  Retweeted by Duane Reade



9 Home      ; Notifications      8 Discover

**Social Media Samurai**
I'm soooo]ready for sprir ~~cleaning supplies and more.~~ #cbias #shop
thesocialmediasamurai/2014/03/17/drs…

S View summary                          P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 19
Thanks for coming in today, @EvryThingsWonky! Hope the rest of your day is great :)

T View conversation                     P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 19
"The best way to predict your future is to create it."

~Abraham Lincoln

Image via: flickr.com/photos/chadcoo… ow.ly/i/4WMd2

U View photo                            P Reply   Q Retweet   N Favorite   o More

+ Retweeted by Duane Reade
**Nicole M. Yale** @Ms_Yale ·Mar 18
Brands move needle with paid and organic tweets, shows promise for Twitter commerce bit.ly/1ifNtBf

Expand                                  P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 18
Learn success secrets from Lori Ann LaRocco today at 7:00 pm at Barnes & Noble Upper East Side
ow.ly/i/4VWK7

U View photo                            P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 18
Love a quick #DuaneReade run? Even @KatieHeigl can't resist shopping #NYC's favorite drugstore bit.ly/1gLHctI pic.twitter.com/uGTc3k1Mii



9  Home    ;  Notifications    8  Discover    <  Me

Search

⊔ Expand                                    P  Reply    Q  Retweet    N  Favorite    o  More

**Duane Reade** @DuaneReade ·Mar 18
Let's play some trivia...Marine Park is located in which #NYC borough? ow.ly/i/4VWJc

⊔ View photo                               P  Reply    Q  Retweet    N  Favorite    o  More

**Duane Reade** @DuaneReade ·Mar 18
Get poetic at the Winter Poetry Reading today at 6pm at Kinokuniya Bookstore 1073 6th Ave. ow.ly/i/4VWGP

⊔ View photo                               P  Reply    Q  Retweet    N  Favorite    o  More

+ Retweeted by Duane Reade
**Social Media Samurai** @TrueOmegaNexus ·Mar 18
I need BBQ's & Chilling Outdoors ASAP!  Stocking up now.  @DuaneReade Reade #cbias #shop
thesocialmediasamurai.com/2014/03/17/drs… pic.twitter.com/zf3nXylVAc



9  Home       ;  Notifications      8  Discover          Me      Search           =

Retweeted by Duane Reade

**Mark B. Rosenberg** @MarkBRosenberg ·Mar 17
Today is a blessed day. @DuaneReade FINALLY does cash back on debit card purchases. If you live in NYC you know this is a huge deal.

0  from Manhattan, NY                    P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 17
Navigate allergy season with us & @poncho_ny! Get #Social #ParallelPersuasion #DRVIP #DReade on.mash.to/1diswkX pic.twitter.com/jzpXIsyTBI



U  Expand                               P Reply   Q Retweet   N Favorite   o More

Retweeted by Duane Reade

**Calvin Peters** @publicityc ·Mar 17
Get Social with @DuaneReade! Navigate allergy season with us & @poncho_ny! #ParallelPersuasion on.mash.to/1diswkX pic.twitter.com/0UixcUtoeQ



9  Home      ;  Notifications      8  Discover      <  Me      )      Search      =

⊔ Expand                              ℙ Reply   ℚ Retweet   ℕ Favorite   ○ More

+ Retweeted by Duane Reade

**Mashable** @mashable ·Mar 17
Weather Service @Poncho_NY Offering Coupons on High-Allergy Days
on.mash.to/OqeYxY

⊔ View photo                          ℙ Reply   ℚ Retweet   ℕ Favorite   ○ More

+ Retweeted by Duane Reade

**PRETTY SQUARED** @pretty_squared ·Mar 17
NEW POST: Craving coral and budget beauty buys from @DuaneReade
bit.ly/1eMiJDZ #DRSpringTime #shop #cbias #collectivebias

Expand                                ℙ Reply   ℚ Retweet   ℕ Favorite   ○ More

**Duane Reade** @DuaneReade ·Mar 17
Unlock the artist within at the Art & Creativity Workshop today at 8:30pm at P.S.
20 Anna Silver School 166 Essex St. ow.ly/i/4V7jT

⊔ View photo                          ℙ Reply   ℚ Retweet   ℕ Favorite   ○ More

+ Retweeted by Duane Reade



9  Home    ;  Notifications    8  Discover

Search    = al ✉ ine ⚙ de

**GLAM.COM** @glam_com · Mar 17
NYC! When you purchase
you'll get a $5 off coupon AND a gift worth $20!

Expand    ⟵ Reply    ⟳ Retweet    ★ Favorite    ○ More

+ Retweeted by Duane Reade
**We Know Stuff** @WeKnowStuff_US · Mar 17
Spring Cleaning With Duane Reade - We Know Stuff fb.me/6oooUSpMy

Expand    ⟵ Reply    ⟳ Retweet    ★ Favorite    ○ More

**Duane Reade** @DuaneReade · Mar 17
Judy Collins signs copies of her CD, Live in Ireland tonight at 7pm at Barnes &
Noble Upper East Side ow.ly/i/4V7mN

⟶ View photo    ⟵ Reply    ⟳ Retweet    ★ Favorite    ○ More

+ Retweeted by Duane Reade
**SoFabConnect** @SoFabConnect · Mar 17
See @Mammamoiselle create an easy St. Patty's Day party with @DuaneReade
#DRStPattys cbi.as/gvf88 #SoFab #shop

Expand    ⟵ Reply    ⟳ Retweet    ★ Favorite    ○ More

+ Retweeted by Duane Reade
**Snack Fixation** @SnackFixation · Mar 17
Find out which DeLish foods @DuaneReade can be turn into a quick Irish meal!
bit.ly/1cZSi2O #DRStPattys #shop pic.twitter.com/hzRexKQfLP

9  Home       ;  Notifications       8  Discover       <  Me        Search        =



U  Expand                                    P  Reply    Q  Retweet    N  Favorite    o  More

**Duane Reade** @DuaneReade ·Mar 17
Inquiring minds want to know...What would be your dream car? ow.ly/i/4V7ja

U  View photo                               P  Reply    Q  Retweet    N  Favorite    o  More

**Duane Reade** @DuaneReade ·Mar 17
Experience the best of beauty from around the world at #DuaneReade LOOK
Boutique March 17-21 See flyer for info pic.twitter.com/NxiXCOYWZ8



9 Home      ; Notifications      8 Discover      < Me

*beauty brands* March

Search

4 Columbus Circle (212) 265-2302

1350 Broadway (35th St.) (212) 695-6346

40 Wall St (212) 742-8454

711 Third Ave. (44th St.) (212) 599-4351

100 West 57th St. (212) 956-0464

*Consultations are free. Services are with a minimum of one Look Boutique item purchase of $10.00 or more. Contact store for schedules and appearances.

U Expand                                    P Reply    Q Retweet    N Favorite    O More

+ Retweeted by Duane Reade

**Style Island** @styleisland ·Mar 16
Spring Fling! 5 Things to Summon in the Season with Duane Reade
fb.me/2G6wUzDUW

Expand                                      P Reply    Q Retweet    N Favorite    O More

**Duane Reade** @DuaneReade ·Mar 17
Happy St. Patrick's Day! ow.ly/i/4V7iv

U View photo                                P Reply    Q Retweet    N Favorite    O More

**Duane Reade** @DuaneReade ·Mar 16
Laugh your socks off at Comedy at Beauty Bar tonight at 8pm, 231 E. 14th St.
ow.ly/i/4UJjm

U View photo                                P Reply    Q Retweet    N Favorite    O More

**Duane Reade** @DuaneReade ·Mar 16
Have you met our holographic virtual greeter?  Meet her at the #DuaneReade
flagship store at 40 Wall… instagram.com/p/lnfoYdBKSU/

9 Home    ;  Notifications    8  Discover        < Me        Expand        Search                              =   ✉  ⚙  M

**Duane Reade** @DuaneReade ·Mar 16
Today is Lips Appreciation Day. Keep your lips smooth and healthy by exfoliating at least once a week. ow.ly/i/4UJiF

View photo                                    Reply    Retweet    Favorite    More

**Duane Reade** @DuaneReade ·Mar 16
Keep calm & get your Irish on at the Brooklyn St. Patrick's Day Parade today at 1pm at 15th St. & Prospect Park W.   ow.ly/i/4UJig

View photo                                    Reply    Retweet    Favorite    More

**Duane Reade** @DuaneReade ·Mar 16
"Life is like riding a bicycle. To keep your balance you must keep moving." ~ Einstein Image: flickr.com/22226332@N00/1… ow.ly/i/4UJf9

View photo                                    Reply    Retweet    Favorite    More

**Duane Reade** @DuaneReade ·Mar 15
Have a great Saturday night!

Image via: flickr.com/photos/actor21… ow.ly/i/4Uk0r

View photo                                    Reply    Retweet    Favorite    More

**Duane Reade** @DuaneReade ·Mar 15
See dance defy gravity at the Dzul Dance performance today at 4pm at El Museo del Barrio 1230 Fifth Ave. ow.ly/i/4UjZV

View photo                                    Reply    Retweet    Favorite    More

**Duane Reade** @DuaneReade ·Mar 15
Take a free tour of the Union Square neighborhood today at 2pm. Meet at the Abraham Lincoln statue. ow.ly/i/4UjZ8

View photo                                    Reply    Retweet    Favorite    More

**Duane Reade** @DuaneReade ·Mar 15



9   Home        ;   Notifications        8   Discover

"A life of happiness, pea...
]
~ Steve Maraboli

Search                    =

Image via: flickr.com/photos/marf81/… ow.ly/i/4UjYk

U View photo          P Reply   Q Retweet   N Favorite   o More

**Duane Reade** @DuaneReade ·Mar 14
:) Have a great evening @AMRmusicNYC

T View conversation       P Reply   Q Retweet   N Favorite   o More

+ Retweeted by Duane Reade
**Snack Fixation** @SnackFixation ·Mar 14
Wanna be Irish for a day? @DuaneReade's here to help this #StPatricksDay!
bit.ly/1cZSi2O #DRStPattys #shop pic.twitter.com/Gdrn21OtBn

U Expand            P Reply   Q Retweet   N Favorite   o More

+ Retweeted by Duane Reade
**SavvyMomNYC - Ker** @SavvyMomNYC ·Mar 14

https://twitter.com/DuaneReade                                3/31/2014



9   Home          ;   Notifications          8   Discover

Celebrate St. Patrick's D...   i. NYC. "DDO'D...   "O...   Bi...   op
@DuaneReade raisingth   Search                         =   ...

Expand                                      P   Reply      Q   Retweet    N   Favorite    o   More

**Duane Reade** @DuaneReade ·Mar 14
Helloooooo weekend! Who's going where tonight? ow.ly/i/4TsrJ

U   View photo                                 P   Reply      Q   Retweet    N   Favorite    o   More

**Duane Reade** @DuaneReade ·Mar 14
Get in shape #NYC at the free cardio sculpt class tonight at 7pm at McDonald
Park House, Staten Island ow.ly/i/4Tsrd

U   View photo                                 P   Reply      Q   Retweet    N   Favorite    o   More

+   Retweeted by Duane Reade
**Chelsie Gosk** @ChelsieGosk ·Mar 14
In a pinch, a fancy @DuaneReade makeover is really a beautiful thing. Way
more zen than @Sephora.

Expand                                      P   Reply      Q   Retweet    N   Favorite    o   More

+   Retweeted by Duane Reade
**nicole feliciano** @Momtrends ·Mar 14
Sharing some of our favorite green #beauty trends from @DuaneReade for
St.Patrick's Day #CollectiveBias #DRStPattys momtrends.com/2014/03/green-…

Expand                                      P   Reply      Q   Retweet    N   Favorite    o   More

**Duane Reade** @DuaneReade ·Mar 14
Crunch, crunch Munch! It's National Potato Chip Day! Enjoy! ow.ly/i/4TsqG

U   View photo                                 P   Reply      Q   Retweet    N   Favorite    o   More

**Duane Reade** @DuaneReade ·Mar 14
It's Flashback Friday! Can you guess where in #NYC this is? Name the street or
the building. ow.ly/i/4TspU

U   View photo                                 P   Reply      Q   Retweet    N   Favorite    o   More

9   Home   ;   Notifications   8   Discover   <   Me   ]   Search   =

# Exhibit B

]                          Search                    =     Have an account? Sign in ▾

 **Duane Reade**                        Ƶ Follow
@DuaneReade

Love a quick #DuaneReade run? Even
@KatieHeigl can't resist shopping #NYC's
favorite drugstore bit.ly/1gLHctI
pic.twitter.com/uGTc3k1Mii

P Reply    Ọ Retweet    N Favorite    ○ More



| RETWEETS | FAVORITES | |
|----------|-----------|---|
| 74 | 181 |  |

1:47 PM - 18 Mar 2014

Search                              =

Flag media
Have an account? Sign in ▾

**Caity Weaver** @caityweaver ·Mar 18
@DuaneReade @KatieHeigl Hahahahahahahahahahahhahahahahahaahahahaha what
Details                    P Reply  Q Retweet  N Favorite  o More

**Richard Barry** @RichardBarry11 ·Mar 18
@DuaneReade  worst store in NYC!!
Details                    P Reply  Q Retweet  N Favorite  o More

**Aaron Edwards** @aaronmedwards ·Mar 18
@DuaneReade @KatieHeigl omg guys this
Details                    P Reply  Q Retweet  N Favorite  o More

**Anthony B. L. Smith** @AnthonyBLSmith ·Mar 18
@DuaneReade @KatieHeigl ROFL
Details                    P Reply  Q Retweet  N Favorite  o More

**The Mutiny Company** @MutinyCo ·Mar 18
@DuaneReade @KatieHeigl Wait. Are you really using a paparazzi photo in your promoted Twitter ad? Is this real? twitter.com/duanereade/sta…
Details                    P Reply  Q Retweet  N Favorite  o More

**Sara Martinez** @heysarajean ·Mar 18
Probably getting some ZzzQuil. MT @DuaneReade Love a quick DR run? Even @KatieHeigl can't resist shopping ... pic.twitter.com/WNRxkIk8Zi
Details                    P Reply  Q Retweet  N Favorite  o More

**The Moe Dome** @The_MOE_Dome ·Mar 18
@DuaneReade @KatieHeigl I remember her! She was Volandra on WB's "Roswell"- I wondered what happened to her. #StarCrossed on CW watch it
Details                    P Reply  Q Retweet  N Favorite  o More

**Smith Canteen** @smithcanteen ·Mar 18
@MutinyCo @DuaneReade @KatieHeigl Agreed. Tacky.
Details                    P Reply  Q Retweet  N Favorite  o More

**NICHOLAS MEGALIS** @nicholasmegalis ·Mar 18
@DuaneReade @KatieHeigl oh my god that's crazy! She's a human being???!!!!!
Details                    P Reply  Q Retweet  N Favorite  o More

**Adam Baran** @ABaran999 ·Mar 18
"@DuaneReade: Even @KatieHeigl can't resist shopping #NYC's favorite drugstore bit.ly/1gLHctl pic.twitter.com/7a8Bb7ERXM" @JefferySelf
Details                    P Reply  Q Retweet  N Favorite  o More

**Joey Boots** @JoeyBoots ·Mar 18

@DuaneReade do you ~~~~ ~~~~ ~~~~ ~~~~ ommercial reasons
(which you are) w/o wri    Search                    =    Have an account? Sign in ▾

Details                                                         ⏳ Reply    ⟳ Retweet    ☆ Favorite    ○ More

**Eric** @ramseur ·Mar 18
@DuaneReade @KatieHeigl looks like she's in the burbs

Details                                                         ⏳ Reply    ⟳ Retweet    ☆ Favorite    ○ More

⚕Y  Y  ⚕ @NurseDiaZzz ·Mar 18
@DuaneReade @KatieHeigl
I'm in good company,
who doesn't love @DuaneReade? at 3am, there's nothing you can't buy.
#DuaneReade   🖤
#NYCLife

Details                                                         ⏳ Reply    ⟳ Retweet    ☆ Favorite    ○ More

**Eric Walkuski** @ericwalkuski ·Mar 18
@DuaneReade Actually she works there now.

Details                                                         ⏳ Reply    ⟳ Retweet    ☆ Favorite    ○ More

**Bard Edlund** @edlundart ·Mar 18
.@DuaneReade Oh wow, I wonder if she uses ConEdison and Time Warner
Cable too!!?!?

Details                                                         ⏳ Reply    ⟳ Retweet    ☆ Favorite    ○ More

## Don't miss any updates from Duane Reade
Join Twitter today and follow what interests you!

| Full name | Email | Password |

Text **follow DuaneReade** to **40404** in the United States

**Sign up**

© 2014 Twitter  About  Help  Ads info

# Exhibit C

Sign Up

Email or Phone    Password

Keep me logged in    Log In

Forgot your password?

**Timeline Photos**

Back to Album · Duane Reade's Photos · Duane Reade's Page                    Previous · Next



**Duane Reade**
Don't you just love a quick #DuaneReade run? Even Katherine Heigl can't resist shopping at #NYC's most convenient drugstore!

Image via: justjared.com/photo-gallery/3073133/katherine-heigl-signs-with-wme-leaves-caa-02/

Album: Timeline Photos

Shared with:    Public

John Price, Lenetta Pesotini, Larisa Keil and 100 others like this.

1 share

Open Photo Viewer

Download

Embed Post

 **Kat Ja** Duane Reade save us whenever we are in new york, right Philipp ?
March 18 at 1:46pm ·    2

 **Kylie Little** Yes it saved me too! Loooove Duane!
March 18 at 1:48pm ·    2

 **Lawrence James** Do your employees still get paid minimum wage?
March 18 at 9:00pm

**Vangely F. Cabrera-Valerio** Yes ^^ LOL
March 18 at 10:36pm

Mobile          Find Friends    Badges        People        Pages        Places        Apps        Games        Music
About          Create Ad       Create Page    Developers    Careers      Privacy      Cookies     Terms        Help

Facebook © 2014 · English (US)

# Exhibit D

**JUST JARED**

MAIN    ABOUT US    JUST JARED JR.    CONTACT    SEND TIPS

[Search field] Search



Miranda Kerr Hints at Bisexuality for Naked 'British GQ' Cover!



Nicole Kidman Stuns in New Jimmy Choo Campaign & Video!



Johnny Depp Confirms Engagement, Shows Off His 'Chick Ring'!



Bachelor's Juan Pablo Galavis Gets Drink Thrown in His Face

17 MARCH 2014 AT 2:07 PM

# Katherine Heigl Signs with WME After Leaving Creative Artists Agency

POSTED IN   Katherine Heigl Signs with WME After Leaving Creative Artists Agency

NEXT »




🔍 Full-size

  


About this photo set: Katherine Heigl steps out with her mom Nancy to do some shopping at Duane Reade on Sunday afternoon (March 16) in New York City. It was just announced that the… Read More Here

Posted to Katherine Heigl, Nancy Heigl

ShareThis

Buy a Blogad!

Shop Classic Styles at Modcloth!

YOU MIGHT ALSO LIKE          powered by SideDoor™ -What's This?




Something unspeakable is happening to this girl… Watch now.
Lionsgate




28 Years Of The Sexiest Man Alive
YouBeauty



20 Celebrities Who Were Homecoming Queens
Rant Lifestyle

**ALSO ON JUST JARED**



Katherine Heigl Is
Really Glowing as
Mark Tallman's
Fiancee!



Katherine Heigl
Cannot Stop Smiling
on 'State of Affairs'
Set!



Katherine Heigl Is
Counseling Alfre
Woodard in 'State of
Affairs'!



BrowserSafeguard

JJ LINKS AROUND THE WEB                        Wenn

- *The Bachelor*'s **Juan Pablo** gets a drink thrown at him - US Weekly
- **Snoop Dogg**'s uncle **June Bug** passed away from cancer- TMZ
- Read a recap for the season finale of *The Walking Dead*- The Hollywood Reporter
- How much did **Tyler Oakley** raise for *The Trevor Project*- Just Jared Jr
- **Josh Elliott** is exiting *Good Morning America* - Entertainment Weekly
- A woman spent $25,000 to look like **Jennifer Lawrence**- Huffington Post
- Read a recap for the latest episode of *Justified*- Lainey Gossip
- **Tatiane de Souza** shows off her bikini body- Hollywood Tuna

## COMMENT AND SHARE!

Add a comment...

Comment

Facebook social plugin





1. Suri Cruise, Katie Holmes Look More Alike Than Ever, Make...
2. Tori Spelling, Dean McDermott to Document Marriage Crisis...
3. How I Met Your Mother Series Finale: Drink Your Way Through...



1. TMZ Sports Show: Katherine Webb and AJ McCarron --...



ModCloth.com

Find New Faves:
New Arrivals
Dazzling Dresses
Sensational Shoes
Snag a Sale
Shop All Clothing

Fun Stuff:
Style Gallery
Be the Buyer

advertise here

blog advertising is
good for you

2. Benzino -- I Don't Know Why My Nephew Shot Me ... But We...
3. Kenya Moore 911 Call -- Post-Porsha Williams Brawl ......

1. What Happened To Our Divas? Beyonce Must Be Very Lonely At...
2. 'Jersey Shore' Star Gets His Own Reality Show
3. Kim Kardashian Breaks Out A Bikini For Beach Day In Thailand



1. Emma Watson in a white dress at London premiere of Noah
2. Andrew Garfield raps but doesn't sing for Emma Stone
3. Smutty Tingles for March 31, 2014



1. 'Walking Dead' recap: 'A'
2. Idina Menzel in 'If/Then': EW stage review
3. 'How I Met Your Mother': Our top 50 episodes



1. Is Your Favorite Show in Danger of Being Canceled?
2. What's Chelsea Handler's Next Move?
3. Josh Hartnett Is Back Out With His Hot Girlfriend

 **JJ: LATEST POSTS**

1. Valjean & Javert Reunite! Hugh Jackman Supports Russell...
2. 'Fast & Furious 7' Resumes Filming 4 Months After Paul...
3. Can Zac Efron Always Wear Tight Shirts Like This, Please?
4. Chelsea Handler Signs Books After Talk Show Ending News
5. Vanessa Hudgens Wants Ashley Tisdale to Get Married at...
6. Lady Gaga Goes Makeup Free & Still Looks Amazing on...
7. Miranda Kerr Flies to South Korea Amid Sexy 'GQ' Cover Buzz!

 **JJ: PAGE 2**

1. Joe Jonas Talks Fun Night at a Strip Club with Diplo
2. 'Nashville' Stars Hitting the Road for Three City Tour!
3. Michelle Williams Transforms Into Sally Bowles for Stunning...
4. Kaley Cuoco Debuts New Short Haircut!
5. Pharrell Williams Joins 'The Voice' as Season 7 Coach!
6. Dustin Lance Black Fixes Tom Daley's Hair While Riding an...
7. Hugh Jackman & James McAvoy Embrace Bromance at 'X-Men:...

© 2005-2014 just jared, inc. |   main   about us   advertise with us   faq   contact   terms   privacy policy

**A Member of Townsquare Entertainment News** | Advertise here

# Exhibit E

Case 1:14-cv-02502-ER    Document 2    Filed 04/09/14    Page 64 of 69

MAIN      ABOUT US      ADVERTISING      JUST JARED JR.      FAQ      CONTACT

# JUST JARED

search

It's *Madness* Not to Know The Score!

TransUnion.

« PREVIOUS

## Katherine Heigl Signs with WME After Leaving Creative Artists Agency

NEXT »



© 2005-2014 just jared, inc.   |   main   advertise with us   terms   privacy policy

**A Member of Townsquare Entertainment News** | Advertise here

# Exhibit
# F





Mobile   Find Friends   Badges   People   Pages   Places   Apps   Games   Music
About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Terms   Help

Facebook © 2014 · English (US)

https://www.facebook.com/duanereade/photos_stream[3/31/2014 6:25:35 PM]