**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
Attorney: Ballard Spahr Stillman & Friedman LLP PH: (212) 223-0200
Address: 425 Park Avenue New York, NY 10022

Job #: 15099

|  |  |
|---|---|
| Katherine Heigl | Civil Number: 14-CV-2502 |
| vs *Plaintiff* | Date Filed: 4/9/2014 |
| Duane Reade, Inc. | Client's File No.: |
| *Defendant* | Court Date: |

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
Reginald Hunter, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 4/9/2014, at 4:38 PM at: 40 Wall Street, New York, NY 10005 Deponent served the within Summons, Complaint, Judge's Rules

On: **Duane Reade, Inc.**, Defendant therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:☐ actual place of business / employment ☐ dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
☐ actual place of business / employment ☐ dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to Maria Lalama, personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Designated Agent thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known ☐ Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Female   Color of skin: White   Color of hair: Black   Glasses:
Age: 22 - 35   Height: 5ft 4in - 5ft 8in   Weight: 131-160 Lbs.   Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
Maria Lalama stated that she was authorized to accept service of process on behalf on Duane Read, Inc.

Sworn to before me on 4/10/2014

Bruce Lazarus
01LA4990593- Qualified in Westchester Cty
Certificate Filed in New York County
January 13, 2018

Reginald Hunter
1346142

708 Third Avenue, New York, NY 10017
212-393-9070 www.legaleaseinc.com

**LEGALEASE** INC.