USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/16/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Katherine Heigl

    Plaintiff,

-against-

Duane Reade, Inc.

    Defendant.

14 cv 2502 ( ER )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of **Peter L. Haviland**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **California**; and that his/her contact information is as follows (please print):

Applicant's Name: **Peter L. Haviland**

Firm Name: **Ballard Spahr LLP**

Address: **2029 Century Park East, Suite 800**

City / State / Zip: **Los Angeles, CA 90067**

Telephone / Fax: **(424) 204-4321**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Plaintiff, Katherine Heigl,** in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 16, 2014

United States District ~~Magistrate~~ Judge