UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| KATHERINE HEIGL, | : | |
| Plaintiff, | : | 14-CV-2502 (ER) |
| v. | : | **NOTICE OF VOLUNTARY DISMISSAL** |
| DUANE READE, INC., | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Katherine Heigl, by her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against the Defendant Duane Reade, Inc.

Dated: New York, New York
    August 27, 2014

BALLARD SPAHR STILLMAN
& FRIEDMAN LLP

By:    s/ Scott M. Himes
        Scott M. Himes

425 Park Avenue
New York, NY 10022
(212) 223-0200 (telephone)
(212) 223-1942 (facsimile)
himess@bssfny.com

and-

BALLARD SPAHR LLP
Peter L. Haviland  (admitted *pro hac vice*)
2029 Century Park East, Suite 800
Los Angeles, CA 90067
(424) 204-4400 (telephone)
(424) 204-4350 (facsimile)
havilandp@ballardspahr.com

*Attorneys for Plaintiff*