UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
KATHERINE HEIGL,                                          :

                  Plaintiff,                     :          14-CV-2502 (ER)

          v.                                         :          **NOTICE OF
                                                                      VOLUMTARY**

DUANE READE, INC.,                                        :          **VOLUNTARY
                                                                      DISMISSAL__**

                 Defendant.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

Katherine Heigl, by her counsel, hereby gives notice that the above-captioned action is

voluntarily dismissed with prejudice against the Defendant Duane Reade, Inc.

Dated: New York, New York
       August 27, 2014

                         BALLARD SPAHR STILLMAN
                            & FRIEDMAN LLP

                  By:    s/ Scott M. Himes
                         Scott M. Himes

                  425 Park Avenue
                  New York, NY 10022
                  (212) 223-0200 (telephone)
                  (212) 223-1942 (facsimile)
                  himess@bssfny.com

                         and-

                  BALLARD SPAHR LLP
                  Peter L. Haviland  (admitted *pro hac vice*)
                  2029 Century Park East, Suite 800
                  Los Angeles, CA 90067
                  (424) 204-4400 (telephone)
                  (424) 204-4350 (facsimile)
                  havilandp@ballardspahr.com

                  *Attorneys for Plaintiff*